ACCEPTED
04-15-00021-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/5/2015 6:47:47 PM
KEITH HOTTLE
CLERK

No. 04-15-00021-CV

## IN THE FOURTH COURT OF APPEALS
### at SAN ANTONIO, TEXAS
----------------------

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/05/2015 6:47:47 PM
KEITH E. HOTTLE
Clerk

### BOARD OF ADJUSTMENT OF THE CITY OF SAN ANTONIO
### Respondent - Appellant
### v.
### MICHAEL AND THERESA HAYES
### Petitioners - Appellees
----------------------

Trl. Ct. No. 2014-CV-00284; Appeal from the County Court At Law No. 10, Bexar County, Texas; The Honorable David J. Rodriguez, Presiding

===============================================================

### APPELLANT'S FIRST MOTION TO EXTEND TIME
### TO FILE APPELLANT'S BRIEF
### (OPPOSED)

===============================================================

TO THE HONORABLE FOURTH COURT OF APPEALS:

The Board of Adjustment of the City of San Antonio, Appellant, submits its Opposed Motion for Extension of Time to File Appellant's Brief and in support of this motion states as follows:

1.     Appellant's Brief is due Monday, June 8, 2015.

2.     This motion is filed prior to the expiration of this due date.

3.     The undersigned has conferred with Appellees' counsel and he has informed counsel that the motion is opposed.

4.     Appellant requests an additional thirty (30) days to file its Appellant's Brief, extending the time to file its Brief to July 8, 2015.

5.     No extension has previously been granted.

6.     This is not an expedited appeal.

7. The undersigned is responsible for the preparation of Appellant's Brief. Over the past thirty days, the undersigned has been engaged in the preparation of various motions and responses on several litigation cases and in preparation for trial in Jimenez vs. Chris Teague, Cause #: SA-13-CV-00876-DE (JWP), United States District Court, San Antonio, Division. Although the jury trial in Jimenez was rescheduled last week, all pretrial submissions, which the undersigned is responsible to prepare, are due June 8, 2015. In addition to providing litigation support in numerous cases pending in state and federal courts, the undersigned counsel has also been engaged in the submissions of briefs in the accelerated appeal in City of Laredo vs. Reyna, Fourth Court of Appeals, Cause no. 04-15-00147- CV; and in the civil appeal in Sauceda vs. City of Pearsall, Cause no. 14-51349, Fifth Circuit Court of Appeals.

8. In order for Appellant and its counsel to give the necessary attention to the record and the preparation of its Brief in this matter, Appellant requests the additional time to file its Brief. Appellant believes that an adequate and proper brief can be filed within the time requested.

9. This extension request is not filed for purposes of delay.

PRAYER

Appellant asks this Court to grant its motion extending the deadline to file its Appellant's Brief to July 7, 2015.

Respectfully submitted,

LAW OFFICES OF ALBERT LÓPEZ
14310 Northbrook Dr., Suite 200
San Antonio, Texas 78232
Telephone: (210) 404-1983
Fax: (210) 404-1990

By: /s/ Albert López
    ALBERT LÓPEZ
    State Bar No. 12562350
    alopezoffice@gmail.com
    ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served pursuant to the rules upon David L. Earl, 745 East Mulberry, Mailbox 16, San Antonio, Texas 78212 on June 5, 2015.

/s/ Albert López
Albert López